**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:06CR251-7**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **CHADDUS A. FLEMING** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's motion for authorization for payment of paralegal fees due to the amount of extensive discovery to be reviewed in this case.[1]

For cause shown,

**IT IS, THEREFORE, ORDERED** that the motion is **ALLOWED**, and counsel may submit expenses for a paralegal not to exceed $500.

**IT IS FURTHER ORDERED** that the Defendant's motion for release from detention is **DENIED WITHOUT PREJUDICE.**

---

[1] Although the motion is captioned as described, the first paragraph seeks a review of Defendant's detention.  The Court notes that a detention hearing has been scheduled before the Magistrate Judge for February 26, 2006; therefore, the Court assumes this request was included herein by clerical error and will be denied.

2

Signed: February 23, 2007

Lacy H. Thornburg
United States District Judge