# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No:   1:06CR251-7 |
| Chaddus A. Fleming | ) USM No:   21059–58 |
| Date of Previous Judgment:   6/25/2008 | ) Pro Se |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ the defendant  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

■ DENIED.   ❒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | |
|---|---|---|
| Previous Offense Level:   27 | Amended Offense Level: | |
| Criminal History Category:   I | Criminal History Category: | |
| Previous Guideline Range:   70  to  87  months | Amended Guideline Range:   ___ to ___ months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❒ Other (explain):

## III. ADDITIONAL COMMENTS

The 2007 edition of the Guidelines Manual (including the May 1, 2008 Supplement - Amendment 706) was applied in the original sentencing; therefore, there is no further reduction.

Except as provided above, all provisions of the judgment dated   6/25/2008   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   May 13, 2009

Effective Date: _____
(if different from order date)

Lacy H. Thornburg
United States District Judge